AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Mariano Roberto Rodriguez-Najera

United States District Court
Southern District of Texas
FILED
OCT 1 0 2016
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-16-1880-M

IAE   YOB: 1972
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 9, 2016__ in __Starr__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Mariano Roberto Rodriguez-Najera was encountered by Border Patrol Agents near Rio Grande City, Texas on October 9, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 9, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 23, 2004, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 8, 2005, the defendant was convicted of 8 USC 1324, Transportation of an Unlawful Alien Within the United States and sentenced to six (6) months confinement and two (2) years Term Supervised Release.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

*Signature of Complainant*
Jerrico Leason   Senior Patrol Agent

Sworn to before me and subscribed in my presence,
10/10/2016

Dorina Ramos   , U.S. Magistrate Judge
Name and Title of Judicial Officer

*Donna Ramos*
Signature of Judicial Officer